UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

**BUILDING TRADES UNITED PENSION**
**TRUST FUND, and NACARCI FEASTER,**

        **Plaintiffs,**

                              **Case No. 07-C-501**

    **vs.**

**AVENUE, INC.,**

        **Defendant.**
_____

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
_____

      This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

      **IT IS ORDERED AND ADJUDGED** that the plaintiffs, Building Trades United Pension Trust Fund and Nacarci Feaster, recover from the defendant Avenue, Inc. the sum of $13,428.94 with interest thereon at the rate that is provided by law.

      Dated at Milwaukee, Wisconsin, this 31st day of July, 2007.

                                                          s/ Jon S. Sanfilippo
                                                          Clerk of Court

                                                          s/ Linda M. Zik
                                                          Deputy Clerk

Approved as to form this 31st day of July, 2007.

s/ Rudolph T. Randa
U. S. District Court Judge